UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDOULAYE DIALLO; WILLIAM MERRITT,<br><br>Plaintiffs,<br><br>v.<br><br>REDWOODS INVESTMENTS, LLC; SOCIAL METRO HOLDINGS, LLC; CHRISTOPHER CARNES; TONIKA MILLER; CHI KUANG HWANG,<br><br>Defendants. | Case No.: 18-CV-1793 JLS (JLB)<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH ORDER TO SHOW CAUSE** |

On December 3, 2020, the Court issued an Order ("Order," ECF No. 77) dismissing certain defendants from this action due to Plaintiffs Abdoulaye Diallo and William Merritt's (collectively, "Plaintiffs") failure to file an amended pleading pursuant to an order of this Court and ordering Plaintiffs to show cause why the remainder of the action should not be dismissed for failure to prosecute. The Court ordered Plaintiffs to file either "(1) a response to this Order, or (2) proof of service of the Second Amended Complaint on the Defaulted Defendants with requests for the Clerk to enter default against them <u>within thirty (30) days of electronic docketing of this Order</u>." *Id.* at 2 (emphasis in original). The Court warned that failure to comply with the Order may result in dismissal of the action. *Id.* Although more than thirty days have elapsed since the electronic docketing of the Order,

Plaintiffs have failed to comply with the Order. Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** this action for failure to prosecute and failure to comply with the Order. The Clerk of the Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: February 1, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge